OPINION — AG — ** OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM — ELIGIBILITY — SUB-STATE PLANNING DISTRICTS ** THE EMPLOYEES OF A SUB-STATE PLANNING DISTRICT, WHO ARE 'NOT' OTHERWISE THE EMPLOYEES OF THE STATE, A COUNTY, COUNTY HOSPITAL, CITY OR TOWN ARE 'NOT' ELIGIBLE TO JOIN THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM AS PROMULGATED BY 74 O.S. 901 [74-901] ET SEQ., UNLESS THE LEGAL ENTITY CONDUCTING THE AFFAIRS OF THE PLANNING DISTRICT IS A PUBLIC OR PRIVATE TRUST WHICH MEETS THE REQUIREMENT OF 74 O.S. 902 [74-902](14), AND THE CONDITIONS OF THE AFORESAID PERSON'S EMPLOYMENT OTHERWISE SATISFY THE REQUIREMENTS OF 74 O.S. 902 [74-902](15) (RETIREMENT SYSTEMS, STATE EMPLOYEES, OFFICE OF COMMUNITY AFFAIRS AND PLANNING, INTERLOCAL COOPERATION ACT) CITE: 18 O.S. 1.19 [18-1.19](4), 18 O.S. 856 [18-856] 18 O.S. 541 [18-541], 18 O.S. 549 [18-549], 25 O.S. 2 [25-2], 40 O.S. 165.1 [40-165.1], 74 O.S. 901 [74-901], 74 O.S. 1001 [74-1001], 74 O.S. 1351 [74-1351], 74 O.S. 1004 [74-1004](C)(D), 74 O.S. 1528 [74-1528], 74 O.S. 902 [74-902](14), 74 O.S. 902 [74-902](15), 74 O.S. 1522 [74-1522] (WILLIAM H. LUKER)